

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ashley Hightower and Ash High
Enterprises, LLC, Appellants

No. 06-17-00069-CV      v.

Allegheny Investments, LLC, Appellee

Appeal from the 276th District Court of
Titus County, Texas (Tr. Ct. No. 39136).
Memorandum Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed
for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellants pay all costs of this appeal.

RENDERED NOVEMBER 9, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk